■ Rabiul Haq, Appellant, v City of New York, Defendant, and Bailey N. Y. Associates et al., Respondents. [672 NYS2d 719] —Order, Supreme Court, New York County (Jane Solomon, J.), entered April 3, 1997, which, insofar as appealed from, granted defendants-respondents' motions for summary judgment dismissing the complaint as against them, and denied plaintiff's cross motion for disclosure, unanimously affirmed, without costs.

The action was properly dismissed as against defendants-respondents for failure to adduce any evidence that any of them made any repairs to, or otherwise created the alleged unsafe condition on, the sidewalk near where plaintiff fell (*see, Balsam v Delma Eng'g Corp.*, 139 AD2d 292, 298, *lv denied* 73 NY2d 783), or to explain how further disclosure might reveal such repairs or other possible fault for creating the alleged unsafe condition. Concur—Milonas, J. P., Wallach, Tom and Mazzarelli, JJ.